**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-1344**

_____

SAMUEL K. JACOBS; NANCY HECKERMAN,

Plaintiffs - Appellants,

versus

ROBERT E. STONER; ROBERTA L. STONER,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-99-46-AW)

_____

Submitted:  June 17, 1999          Decided:  June 22, 1999

_____

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Samuel K. Jacobs, Nancy Heckerman, Appellants Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel K. Jacobs and Nancy Heckerman sought from the district court an equitable lien and specific performance of a contract. The district court dismissed their claim on res judicata grounds and because there was a parallel state court action involving related claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jacobs v. Stoner, No. CA-99-46-AW (D. Md. Feb. 16, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on February 10, 1999, the district court's records show that it was entered on the docket sheet on February 16, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).